# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

D.B., an individual,

Plaintiff(s)

v.

Payall, LLC,

Defendant(s)

CASE NUMBER

2:26-cv-02392-AB (DFMx)

## (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

☒ The Court hereby orders that the request of:

Payal, LLC ☐ Plaintiff ☒ Defendant ☐ Other

*Name of Party*

☒ to substitute Jennifer Cormier who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

601 Montgomery Street, Suite 1000

*Street Address*

San Francisco, CA 94111 — *City, State, Zip*

jcormier@mgmlaw.com — *E-Mail Address*

(415) 527-2805 — *Telephone Number*

(415) 512-6791 — *Fax Number*

177109 — *State Bar Number*

as attorney of record instead of Laura A. Wolfe; Melissa K. Cerro

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated August 25, 2026

U. S. District Judge/U.S. Magistrate Judge